**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ
(609) 989-2071
FAX: (609) 989-2367

May 10, 2017

Mailing Address:

50 WALNUT STREET
ROOM 1001
NEWARK, NJ 07102

www.njp.uscourts.gov

The Honorable Anne E. Thompson
Senior United States District Court Judge
Clarkson S. Fisher Federal Courthouse
402 East State Street
Trenton, New Jersey 08608

RECEIVED

MAY 1 0 2017

AT 8:30_____ M
WILLIAM T. WALSH
CLERK

**RE: RANKIN, Ronald**
**Dkt. No.: 13-00637-001**
**Early Termination Response**

Dear Judge Thompson:

Please accept this response to a request which was submitted by Mr. Ronald Rankin for consideration for early termination from supervision.

The offender was sentenced on June 17, 2014 by the Honorable Joel A. Pisano to a 15 month term of imprisonment following his conviction of Wire Fraud. This term of incarceration was to be followed by a three year term of supervised release which the offender commenced on October 16, 2015.

This offender faced a few challenges upon his release after serving his term of incarceration, namely coming home to a family who was struggling financially in his absence and securing employment with his criminal conviction. However, this offender made many strides in his first few months of release and was able to establish himself quickly with a trucking company. Mr. Rankin has been promoted and now finds himself in a solid position financially, now able to take care of his family and address his outstanding forfeiture obligation. To date, the offender has paid $9,070 towards his $94,962.09 obligation and has not missed a single payment. He was excluded from the drug testing condition as he had no prior substance abuse issues and he has always remained fully cooperative with the probation office.

Title 18, United States Code, Sections 3564(c) and 3583(e)(1) permit the Court to terminate terms of supervision or probation in felony cases after the expiration of one year of supervision if satisfied that such action is warranted by the conduct of an offender and is in the interest of justice. Sections 3564(c) and 3583(e)(1) do not require "exceptional conduct" to justify early termination, and instead, direct district courts to consider the factors at 18 U.S.C. § 3553(a).

Additionally, the Judicial Conference endorsed nine criteria to determine if an offender satisfies the minimal statutory factors to be considered for early termination, as follows:

(1) Stable community reintegration (e.g., residence, family, employment); (2) progressive strides toward supervision objectives and compliance with all condition of supervision; (3) no aggravating role in the offense of conviction, particularly in large drug or fraud offenses; (4) no history of violence; (5) no recent arrests or convictions; (6) no recent evidence of alcohol or drug abuse; (7) no recent psychiatric episodes; (8) no identifiable risk to any identifiable victim; and (9) no identifiable risk to public safety.

In reviewing the offender's background and history of supervision, Mr. Rankin MEETS the criteria for early termination. If Your Honor wishes to discuss this matter further, please contact the undersigned officer at Your Honor's convenience.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Shawn Marie Leakan
U.S. Probation Officer

/sml

[ ✓ ] Early Termination Granted. Supervision term to end immediately.
[ ] Supervision to be continued.

Honorable Anne E. Thompson, Sr. U.S.D.J.

May 10, 2017
Date